UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BEAU J. BINGHAM,

    Plaintiff,

v.    Case No. 17-cv-1727-pp

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER DISMISSING CASE**

---

On April 22, 2019, the parties filed a stipulation of dismissal. Dkt. No. 34. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED** with prejudice.

Dated in Milwaukee, Wisconsin this 23rd day of April, 2019.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **United States District Judge**